FILED

JUL 24 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK


ANDRE EUGENE LESTER #1688609
PENDER CORRECTIONAL INSTITUTION
P.O. BOX 1058
BURGAW, NC 28425


7/20/26

RE: LESTER V. A. OJO; NO. 5:23-CT-3363-BO-RJ

DEAR JUDGE BOYLE,

ON TODAY, JULY 20, 2026, PLAINTIFF LESTER HAS JUST RECEIVED DEFENDANT A. OJO'S MEMORANDUM FOR SUMMARY JUDGMENT. HOWEVER, PLAINTIFF LESTER HAS REPEATEDLY FILED MOTIONS IN WHICH YOU HAVE STATED UPON A COURT ORDER THAT YOU WOULD PROVIDE COURT INTERVENTION TO ASSIST PLAINTIFF LESTER WITH AN ORDER TO ENABLE A WRITTEN AFFIDAVIT TO BE FORWARDED TO EACH WITNESS THE PLAINTIFF INTENDS TO QUESTION. MAY THIS INCLUDE, BUT NOT LIMITED TO, THE PLAINTIFF SEEKING AN ORDER TO ALSO FORWARD A WRITTEN AFFIDAVIT TO OFFENDER-WITNESSES TO WHOM WERE ALSO PRESENT ON MAY 6, 2021, WHENCE THE INCIDENT OCCURRED, WHILE THE PLAINTIFF HAS BEEN AWAITING A REPLY FROM THE DISTRICT COURT TO COMMENCE WITH THE WRITTEN AFFIDAVITS, THE DISTRICT COURT HAS ALLOWED THE DEFENDANT TO FILE FOR SUMMARY JUDGMENT. AS THE NONMOVANT-PARTY, SUCH ACTIONS ARE PREJUDICE TO THE PLAINTIFFS RIGHTS TO DEPOSE WITNESSES THROUGH THE ACTIONS OF WRITTEN AFFIDAVITS. ALTHOUGH, THE PLAINTIFF, "OUT OF GOOD-FAITH" HAS ASKED THE DISTRICT COURT TO GRANT AN ORDER TO RETAIN [LEGAL]

MARISSA R. JENSEN'S BRIEF. THE DEFENDANTS MEMORANDUM HAS SUFFICIENT DOCUMENTATION WITH WHICH THE PLAINTIFF CAN USE TO PRESENT HIS CASE. IN WHICH, THE DISTRICT COURT DOES NOT HAVE TO GRANT AN ORDER TO RETAIN THE [LEGAL] DOCUMENTS THAT HAVE BEEN COMPROMISED WHENCE THE PLAINTIFFS LOCKER WHO BEEN BROKEN INTO WHILE AT NEUSE-CI ON APRIL 16, 2026. IN RECEIPT OF THIS CORRESPONDENCE, PLAINTIFF LESTER DOES SEEK AN ORDER TO GRANT LEAVE TO (1) IDENTIFY THE OFFENDER-WITNESSES TO WHOM WERE AT THE SCENE OF THE INCIDENT ON MAY 6, 2021 BECAUSE THERE IS AT LEAST TWO(2) OFFENDER-WITNESSES THAT THE PLAINTIFF SEEKS TO QUESTION. AND, (2) PROCEED WITH AN WRITTEN AFFIDAVIT TO BE FORWARDED TO EACH EXPERT-WITNESS THE PLAINTIFF ALSO INTENDS TO QUESTION, WITHOUT PREJUDICE.

DATED: JULY 20, 2026

RESPECTFULLY SUBMITTED,

ANDRE EUGENE LESTER # 1688609
PENDER CORRECTIONAL INSTITUTION
P.O. BOX 1058
BURGAW, NC 28425

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TO BE THE TRUTH AND CORRECT.

A. E. L[signature]

ANDRE E. LESTER

EXECUTED AT BURGAW, NC
ON JULY 20, 2026